FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 21 2006

JAMES W. McCORMACK, CLERK
By: _____
                        DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                              NO. 4:04CR00169-01-WRW

DEREK ISAAC ALLMON, SR.                                             DEFENDANT

### ORDER

To help ensure a quiet courtroom free of distractions and noises that could interrupt proceedings and distract jurors and others participating in the trial, the following rules which will be in effect on court days during the trial of this case from fifteen minutes before Court opens until fifteen minutes after Court has recessed (normally from 9:00 to 5:00 p.m.):

(1) Except for court personnel, no one will be permitted to bring into the courtroom any laptop computers, beepers, "walkie-talkies", cellular telephones, electronic transmitting or recording equipments, or any other noise-generating electronic or mechanical devices. Separate arrangements will be made for the lawyers of record.

(2) All spectators will be permitted to enter the courtroom before Court convenes in the morning and during any recess in the proceedings. Once Court convenes, no one should leave the courtroom until the Court declares a recess, except for an urgent reason.

IT IS SO ORDERED this 21st day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE
WM. R. WILSON, JR.