# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**VS.**                             **4:04-CR-00169-01-BRW**

**DEREK ALLMON**

## ORDER

Defendant's Motion to Vacate Order (Doc. No. 943) is DENIED.

IT IS SO ORDERED this 1st day of April, 2014.


/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE