UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT of ARKANSAS



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

MAR 15 2022

TAMMY H. DOWNS, CLERK
By: _____
DEP CLERK

Comes now defendant Derek Allmon, pro se of Record, and for his Motion for Compassionate Release, states as follows:

1. Pursuant to the First Step Act, defendant is requesting compassionate Release due to his existing chronic medical conditions. Which include, but are not limited to, blindness, serious spinal damage and walking issues, as well as a partially amputated foot from diabetes, i.e., immobility.

2. Defendant was over charged due to judicial bias, and unfairly sentenced based on false, hearsay, testimony and ghost drugs. U.S. v. O'Neal, Supreme Court

Dated: March 9, 2022

Respectfully,

Derek Allmon
Derek Allmon

Inmate Name: Allmon Derek   Inmate Number:

Check all that apply:

- ✓ Lower Bunk
- ✓ Medical Shoes
- ___ Cane
- ✓ Wheel Chair

- ✓ Lower Tier
- ___ C-PAP Machine
- ___ Walker
- ___ Extra PM food sack

Other: Blind

| Institution | Staff Print Name | Staff Sign Name | Date |
|---|---|---|---|
| Federal Transfer Center Oklahoma City, Ok | L. Franks, RN | [signature] | 1/29/21 |

---

Inmate Name: Allmon   Inmate Number: 12579-076

Check all that apply:

- X Lower Bunk
- X Medical Shoes
- ___ Cane
- ✓ Wheel Chair

- ✓ Lower Tier
- ___ C-PAP Machine
- ___ Walker
- ___ Extra PM food sack

Other: X Walker, Blind

| Institution | Staff Print Name | Staff Sign Name | Date |
|---|---|---|---|
| Federal Transfer Center Oklahoma City, Ok | Ralls | CR | 6/2/21 |

1/24/2019

To   : Derek Allmon
From : Nurse McGhee (Medical Services)
Re   : Chronic Medical Conditions

*Minimal Anterior Wedging of the L1 vertebral body, may be from prior Trauma*
*Mild degenerative disc disease*

"Minimal Anterior Wedging of the L1 vertebral body, may be from prior Trauma"   [Mild degenerative disc disease]

Neurovascular System

The above represent serious, fatal, medical concerns which are passed stage(s) of being chronically urgent incidents requiring immediate hospitalization.

Neurovascular systems



## USP Marion MAR

| | | | |
|---|---|---|---|
| Patient: | ALLMON, DEREK (unknown) | DOB: | 07/29/63 |
| Register#: | 12579-076 | Age: | 55 |
| Date: | 01/18/19 11:10 | Status: | OP |
| Slicecount: | 3 | | |
| History: | generalized flank, abdominal, axilla, buttock pain w/ shocking sensation ct of abdomen/pelvis with no cause, sensation of burning skin | | |
| Priors: | | | |
| Exams: | FILM L SPINE | | |
| Referring Phy: | | | |
| Ordering Phy: | brooks | | |
| Ordering Phy #: | | | |
| Accession Numbers: | 202#BOP00038138 | | |

Final Report

**FILM L-SPINE**

Indication: generalized flank, abdominal, axilla, buttock pain w/ shocking sensation ct of abdomen/pelvis with no cause, sensation of burning skin

Technique: 3 views of the L-spine.

Comparison: None

Findings: Minimal anterior wedging of the L1 vertebral body. Mild disc space narrowing, osteophyte formation, and facet arthropathy at L4-L5 and L5-S1. The vertebral body heights and intervertebral disc spaces are otherwise well-preserved. Spinal alignment is maintained without evidence of spondylolithesis. No fracture is identified. No lytic or blastic lesions are seen. The SI joints are unremarkable.

Impression:
→ Minimal anterior wedging of the L1 vertebral body, which may be from prior trauma. ←
Mild degenerative disc disease and facet arthropathy at L4-L5 and L5-S1.

Radiologist:        Patrick Choi, M.D.

Study ready at 11:10 and initial results transmitted at 16:46

UNITED STATES MEDICAL CENTER FOR FEDERAL PRISONERS
SPRINGFIELD, MISSOURI

RADIOLOGICAL REPORT

ALLMON, Derek
Reg. No. 12579-076
DOB: 07-29-1963
WARD: M02

REQUESTED BY:      Thomas Satterly, DO / Sara Propst, FNP-C
DATE OF REQUEST:   05-19-2020
DATE OF PROCEDURE: 05-19-2020

CLINICAL INFORMATION:   Pain/myopathy.

### CT CERVICAL AND THORACIC SPINE WITHOUT CONTRAST

FINDINGS: Cervical alignment shows a straightened lordosis. Mild disc degeneration underlying. No fracture, subluxation, or prevertebral soft tissue swelling. Axial images show grossly patent central canal and neuroforamina throughout. No appreciable areas of neural impingement by CT technique.

Thoracic spine shows gross interval alignment. Mild spondylosis. No compression fracture or subluxation. Spinal canal and neurofoamina appear grossly patent throughout.

IMPRESSION: No acute pathology. Only mild cervical and thoracic disc degeneration and spondylosis. No apparent spinal canal compromise or suspected neural impinging lesion by CT technique.

Jordan C. Page, DO
Consultant Radiologist

JCP/sh
D: 05-20-2020
T: 05-20-2020

JUN 0 2 2020

T. Satterly, D.O.
Medical Officer

MAY 2 9 2020
S. Propst, FNP-C